1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
9
**WESTERN DISTRICT OF WASHINGTON**

10   DISCOVERORG, LLC,                    | Case No. 3:17-cv-6045

11            Plaintiff,                  | **COMPLAINT**

12        v.                              | **JURY DEMAND**

13   HIREVERGENCE, LLC, PERCH
14   SECURITY, INC., SIENNA
     GROUP, LLC, AND MDJ
15   GROUP, LLC,

16            Defendants.

17
18
19
20
21
22
23
24
25
26
27
28

Plaintiff DiscoverOrg, LLC ("DiscoverOrg"), for its complaint against HireVergence, LLC ("HV"), Perch Security, Inc. ("Perch"), Sienna Group, LLC ("Sienna"), and MDJ Group, LLC ("MDJ"), alleges as follows:

## PARTIES

1. DiscoverOrg is a Delaware limited liability company with its principal place of business in Vancouver, Washington.

2. HV is a Florida limited liability company with a principal place of business in Tampa, Florida.

3. Perch is a Florida corporation with a principle place of business in Tampa, Florida.

4. Sienna is a Florida limited liability company with its principal place of business in Tampa, Florida.

5. MDJ is a Florida limited liability company with a principle place of business in Tampa, Florida.

6. Upon information and belief, MDJ is the parent company of HV, Perch and Sienna.

## JURISDICTION AND VENUE

7. This action asserts the following claims against the following Defendants:

   a. Against HV for Breach of Contract (First Claim for Relief), violation of the Computer Fraud and Abuse Act arising under 18 U.S.C. § 1030 *et seq.* (Second Claim for Relief), Theft of Trade Secrets arising under 18 U.S.C. § 1832 *et seq.* (Third Claim for Relief), and Misappropriation of Trade Secrets arising under RCW 19.108 *et seq.* (Fourth Claim for Relief).

   b. Against HV, Perch, Sienna, and MDJ for violation of the Computer Fraud and Abuse Act arising under 18 U.S.C. § 1030 *et seq.* (Second Claim for Relief), Theft of Trade Secrets arising under 18 U.S.C.

COMPLAINT
[2:17-cv-00105]

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

§ 1832 *et seq.* (Third Claim for Relief), and Misappropriation of Trade Secrets arising under RCW 19.108 *et seq.* (Fourth Claim for Relief).

8.    This Court has subject matter jurisdiction pursuant to 28 U.S.C. 1332, as the parties are completely diverse in citizenship and the amount in controversy exceeds $75,000, and separately under 18 U.S.C. §§ 1331 and 1338(a) and (b) because DiscoverOrg asserts claims arising under Federal Law. This court also has supplemental jurisdiction for the state law claims pursuant to 28 U.S.C. § 1367.

9.    This Court has personal jurisdiction over HV because HV has consented to the jurisdiction of the courts of this State in the contract at issue. This Court has personal jurisdiction over HV, Perch, Sienna, and MDJ pursuant to RCW 4.28.185 because each has committed tortious acts within this State. Additionally, on information and belief, HV, Perch, Sienna, and MDJ each advertise their products and services within the State of Washington, direct their products and services through the stream of commerce into the State of Washington, or otherwise have sufficient minimum contacts with the State of Washington so as to be subject to the personal jurisdiction of its courts.

10.    Venue is proper in this Court under 28 U.S.C. 1391(b)(2) because HV has agreed that all claims in connection with the contract at issue shall be brought in the courts of this State. Moreover, venue is proper in this Court because a substantial part of the events giving rise to the claims against HV, Perch, Sienna, and MDJ occurred in this State.

## FACTS AND ALLEGATIONS

### A.    DiscoverOrg's Database

11.    DiscoverOrg is a provider of business-to-business marketing data, which it delivers to clients via a password-secured, online graphical user interface. DiscoverOrg uses technology, computers, and electronic communication systems to provide subscribers access to its database of marketing information profiling

COMPLAINT
[2:17-cv-00105]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

1   businesses in the United States and globally.

2       12.   DiscoverOrg has made substantial investments in infrastructure and

3   resources to support its database and ensure that it is of the highest quality.

4   DiscoverOrg employs more than 150 research analysts focused on building,

5   managing, and updating DiscoverOrg's database, resulting in timely and

6   comprehensive data being made available to DiscoverOrg's clients. DiscoverOrg

7   has expended substantial labor, time, resources, effort, and money to select, gather,

8   collect, organize, generate, arrange, and disseminate the timely and continuously

9   updated information DiscoverOrg provides in its database. In total, DiscoverOrg

10  employs more than 450 people and has made significant investment in developing

11  and purchasing software, hardware, and other equipment to continuously update

12  and support the accuracy and comprehensiveness of its database, and deliver access

13  to its clients. DiscoverOrg's database exhibits DiscoverOrg's decisions and input as

14  to the selection, arrangement, orchestration, compilation, and presentation of the

15  organizational charts, contacts, and other information collected and assembled by

16  DiscoverOrg's analysts.

17      13.   DiscoverOrg's database is valuable to companies seeking information to

18  assist in their efforts to market their products and services. DiscoverOrg has

19  licensed subscription access to thousands of companies who pay tens, and

20  sometimes hundreds, of thousands of dollars in licensing fees for the right to access

21  and use DiscoverOrg's database.

22      14.   The value of DiscoverOrg's database is related to and dependent upon

23  its proprietary and non-public nature. Accordingly, DiscoverOrg takes more than

24  reasonable steps to protect the security of its proprietary information contained in

25  its database. For example, DiscoverOrg limits access to its database to only

26  authorized users pursuant to restrictive license agreements, which limit the number

27  of users who have access to DiscoverOrg's database. DiscoverOrg password

28  protects access to its database and utilizes security measures such as mail

COMPLAINT
[2:17-cv-00105]

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

monitoring and list protection to further secure and ensure the integrity of DiscoverOrg's database.

**B.   HV Enters a License Agreement with DiscoverOrg**

15.   On or around September 30, 2015, HV entered into a license agreement with DiscoverOrg to access and use certain data in its database, comprised of an order form and the End User License Agreement (together, the "Agreement").

16.   The Agreement provides in part:

> "Licensee [HV] shall not access or use the Licensed Materials for the benefit of or on behalf of any person or entity except Licensee…. Licensee shall not permit anyone who is not an Authorized User, to use any username or password or otherwise access or use the Licensed Materials. Licensee shall not redistribute, sublicense, transfer, sell, offer for sale, or disclose any of the Licensed Materials to any third party."

(Agreement, § 5.2.)

17.   An "Authorized User" may only be "a natural person who is an employee of Licensee", except with DiscoverOrg's express written permission, and each Authorized User must be designated by Licensee. (*Id.*, § 5.1.)

18.   The Agreement further provides that "Upon termination of this Agreement, Licensee shall cease accessing the Licensed Materials or using the Licensed Materials in any way." (*Id.*, § 5.2.)

**C.   HV Breaches Agreement with DiscoverOrg**

19.   Upon information and belief, HV, Perch, and Sienna are subsidiaries of MDJ, a strategic technology investment firm in Florida. On its website, MDJ represents that HV, Perch, and Sienna are its portfolio companies.

20.   In direct violation of the Agreement, HV granted access to DiscoverOrg's technology and Licensed Materials (as defined in the Agreement) to Perch and Sienna, who used the Licensed Materials for their respective sales and marketing efforts without compensation to DiscoverOrg and without

COMPLAINT
[2:17-cv-00105]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

1   DiscoverOrg's express written consent.

2       21.   During 2017, DiscoverOrg was attempting to sell a license to its product

3   to Perch, and eventually provided Perch with a 3-day trial account, expecting that if

4   successful, Perch would purchase a subscription. However, On

5   November 27, 2017, a Perch employee informed DiscoverOrg via email that it

6   would not purchase a subscription because a "partnering company" had a

7   DiscoverOrg subscription and that the partnering company "will be sharing this for

8   now" with Perch.

9       22.   DiscoverOrg immediately informed a representative of both MDJ and

10  HV that giving Perch access to DiscoverOrg's proprietary technology and Licensed

11  Materials was not permissible. The MDJ and HV representative responded by

12  making the representation that Perch was mistaken and was not using HV's

13  license. DiscoverOrg has since learned that HV, in violation of the Agreement,

14  impermissibly granted Perch access to DiscoverOrg's proprietary technology and

15  Licensed Materials without compensation to or authorization from DiscoverOrg.

16  HV did this by granting Perch access to DiscoverOrg's proprietary technology and

17  Licensed Materials using HV's license and password.

18      23.   DiscoverOrg has since also learned that Perch is not the only MDJ

19  company impermissibly accessing and using DiscoverOrg's proprietary technology

20  and Licensed Materials. DiscoverOrg's records show that Sienna is also

21  impermissibly using HV's license and passwords to unlawfully access

22  DiscoverOrg's proprietary technology and Licensed Materials, all without

23  authorization from DiscoverOrg.

24      24.   Perch, Sienna, and MDJ accessed DiscoverOrg's computer system

25  without authorization and extracted and commercially exploited DiscoverOrg's

26  proprietary data, a license to which has a very substantial market value. Perch,

27  Sienna, and MDJ misappropriated and exploited DiscoverOrg's data knowing that

28  it is non-public, commercially-valuable, and subject to a restrictive license

COMPLAINT
[2:17-cv-00105]                     Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

1  agreement.

2      25.   HV, Perch, Sienna, and MDJ knowingly and willfully accessed and used

3  DiscoverOrg's proprietary information, and they did so with the unlawful purpose

4  of misappropriating DiscoverOrg's proprietary technology and circumventing the

5  purchase of a license agreement for each company.

6      26.   Upon information and belief, MDJ profited from and could have stopped

7  these unlawful actions because it is the parent company of HV, Perch, and Sienna.

8  Moreover, upon information and belief, MDJ and its portfolio companies HV,

9  Perch, and Sienna share common representatives. For example, DiscoverOrg has

10  information that it believes shows that an individual from MDJ unlawfully accessed

11  and used DiscoverOrg's proprietary database with the unlawful purpose of

12  misappropriating DiscoverOrg's proprietary data and circumventing the purchase

13  of a license agreement for one or more of MDJ's portfolio companies Perch and

14  Sienna.

15  <strong>FIRST CLAIM FOR RELIEF</strong>

16  <strong>(Breach of Contract)</strong>

17      27.   DiscoverOrg incorporates herein by reference the allegations in

18  paragraphs 1 through 26.

19      28.   HV entered the Agreement with DiscoverOrg, which was duly made and

20  binding on both parties.

21      29.   HV breached the Agreement by granting access to DiscoverOrg's

22  technology and licensed materials to Perch, Sienna, and MDJ.

23      30.   HV's breach of the Agreement was knowing and intentional.

24      31.   DiscoverOrg has been damaged by HV's actions through the lost

25  opportunity to realize licensing revenue and the diminution of the market value of

26  its proprietary information. These direct damages resulted naturally and

27  necessarily from the HV's wrongful conduct. HV did or should have foreseen that

28  such wrongful conduct would harm DiscoverOrg.

COMPLAINT
[2:17-cv-00105]

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

32.   By reason of the foregoing, HV is liable to DiscoverOrg for damages in an amount to be proven at trial and, pursuant to the terms of the Agreement, DiscoverOrg's reasonable attorney fees.

## SECOND CLAIM FOR RELIEF

### (Computer Fraud and Abuse Act, 18 U.S.C. § 1030 *et seq.*)

33.   DiscoverOrg incorporates herein by reference the allegations in paragraphs 1 through 32.

34.   DiscoverOrg's computer system and database comprise "protected computers" within the meaning of 18 U.S.C. § 1030(e)(2).

35.   HV, Perch, Sienna, and MDJ each knowingly and with intent to defraud DiscoverOrg, accessed DiscoverOrg's protected computers without authorization and thereby obtained valuable information from such protected computers using interstate communication.

36.   Each of HV, Perch, Sienna, and MDJ's actions constitute violations of 18 U.S.C. §§ 1030(a)(2)(C) and 1030(a)(4).

37.   Each of HV, Perch, Sienna, and MDJ's unauthorized access of DiscoverOrg's computer system has caused loss to DiscoverOrg of more than $5,000 in value.

38.   By reason of the foregoing, DiscoverOrg is entitled to compensatory damages against HV, Perch, Sienna, and MDJ in an amount to be determined at trial pursuant to 18 U.S.C. § 1030(g).

## THIRD CLAIM FOR RELIEF

### (Theft of Trade Secrets - 18 U.S.C. § 1832 *et seq.*)

39.   DiscoverOrg incorporates herein by reference the allegations in paragraphs 1 through 38.

40.   DiscoverOrg gathers, organizes, generates, collects, and assembles in-depth, commercially-valuable information (including reporting structures, contact information, and other data) expending substantial time, labor, and expense.

COMPLAINT
[2:17-cv-00105]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

1  DiscoverOrg's database and the information contained therein comprise a

2  compilation of business information. Information from DiscoverOrg's database is

3  used in interstate commerce.

4      41.   The compilation of information in DiscoverOrg's database derives

5  independent economic value from not being generally known to, and not being

6  readily ascertainable through proper means by, those who are not licensed by

7  DiscoverOrg to access the database. Non-licensees can obtain economic value from

8  the disclosure or use of the information in DiscoverOrg's database.

9      42.   DiscoverOrg has taken reasonable measures to protect keep the

10  information in its database secret by limiting access to those customers who agree

11  to the terms of the access in the licensing agreement, and requiring password

12  authentication to access the database through its secure online portal. DiscoverOrg

13  also does its best to monitor access to the database and use of the information to

14  further ensure its security.

15      43.   HV, Perch, Sienna, and MDJ's each used improper means, including

16  theft, unauthorized access to a protected computer, and inducement to breach a

17  duty to maintain secrecy, to obtain access to and acquire information from

18  DiscoverOrg's database. HV, Perch, Sienna, and MDJ each knew or had reason to

19  know at the time it obtained, and at the times it used, DiscoverOrg information that

20  such information was obtained from persons owing DiscoverOrg a duty to maintain

21  the secrecy thereof.

22      44.   HV, Perch, Sienna, and MDJ each attempted to and did knowingly and

23  without authorization download, copy, and duplicate information from

24  DiscoverOrg's proprietary database. HV, Perch, Sienna, and MDJ each received

25  and possessed information from DiscoverOrg's proprietary database that HV,

26  Perch, Sienna, and MDJ knew to have been converted without authorization.

27      45.   HV, Perch, Sienna, and MDJ willfully and maliciously misappropriated

28  DiscoverOrg's trade secrets by, including but not limited to, HV and MDJ

COMPLAINT
[2:17-cv-00105]

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

obtaining login credentials that were issued only to HV and unlawfully giving them to Perch and Sienna, thereby accessing DiscoverOrg's computer systems without authorization, copying the information contained therein, and using that information for financial gain.

46.   DiscoverOrg has been damaged by each of HV, Perch, Sienna, and MDJ's actions through the lost opportunity to realize licensing revenue and the diminution of the market value of its proprietary information. HV, Perch, Sienna, and MDJ have each been unjustly enriched by the use of valuable marketing and sales information without paying compensation and through the consummation of business transactions that would not have occurred without use of the stolen information. DiscoverOrg would, in the alternative, be entitled to a reasonable royalty for each of HV, Perch, Sienna, and MDJ's use of the information.

47.   By reason of the foregoing, HV, Perch, Sienna, and MDJ are each liable to DiscoverOrg for damages and unjust enrichment or a reasonably royalty, in an amount to be proven at trial. DiscoverOrg is also entitled to exemplary damages and its reasonable attorney fees. Finally, DiscoverOrg is entitled to an injunction preventing HV, Perch, Sienna, and MDJ from continuing to possess or use information obtained from DiscoverOrg's database.

## FOURTH CLAIM FOR RELIEF

### (Uniform Trade Secrets Act – RCW 19.108 *et seq.*)

48.   DiscoverOrg incorporates herein by reference the allegations in paragraphs 1 through 47.

49.   Pursuant to the Agreement between HV and DiscoverOrg, only HV was to have limited access to DiscoverOrg's trade secret materials, such as its proprietary technology and Licensed Materials.

50.   Under Agreement of the parties coupled with the confidence and trust given to HV by DiscoverOrg, a confidential relationship was created between HV and DiscoverOrg.

COMPLAINT
[2:17-cv-00105]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

51.     DiscoverOrg's trade secret materials, such as its proprietary technology and Licensed Materials, has never been accessible to the public.

52.     Additionally, DiscoverOrg utilized more than reasonable security measures to prevent misappropriation of its confidential and proprietary trade secret materials.

53.     HV, Perch, Sienna, and MDJ each misappropriated DiscoverOrg's trade secrets by impermissibly using HV's license to access and use DiscoverOrg's proprietary technology and Licensed Materials without DiscoverOrg's permission.

54.     Such use of DiscoverOrg's trade secret information constitutes misappropriation under the Washington Uniform Trade Secret Act, RCW 19.108 *et seq.*

55.     If HV, Perch, Sienna, and MDJ are permitted to continue their conduct, DiscoverOrg will be irreparably harmed. DiscoverOrg has been and continues to be damaged in an amount to be proven at trial and also in a manner and amount that cannot be fully measured or compensated in economic terms. Such irreparable damage will continue unless HV, Perch, Sienna, and MDJ's conduct is enjoined during the pendency of this action and thereafter.

## PRAYER FOR RELIEF

WHEREFORE, DiscoverOrg prays for the following relief:

1.      Entry of judgment in its favor and against HV on its First Claim for Relief;

2.      Entry of judgment in its favor against HV, Perch, Sienna, and MDJ on its Second, Third and Fourth Claims for Relief;

3.      Entry of judgment in its favor against HV, Perch, Sienna, and MDJ on all of its Claims for Relief that each Defendant's unlawful actions were willful and knowing;

4.      As to its First Claim for Relief, its direct damages against HV and its parent company MDJ in an amount to be proven at trial, exemplary damages for

COMPLAINT
[2:17-cv-00105]

NEWMAN DU WORS LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

1  willful breach, and its reasonable attorney fees;

2      5.    As to its Second Claim for Relief, compensatory damages against each of

3  HV, Perch, Sienna, and MDJ in an amount to be proven at trial, pursuant to 18

4  U.S.C. § 1030 *et seq.*;

5      6.    As to its Third Claim for Relief, its actual damages and unjust

6  enrichment or a reasonably royalty, in an amount to be proven at trial, exemplary

7  damages for willful misappropriation, an injunction enjoining HV, Perch, Sienna,

8  and MDJ from using misappropriated products or services, and its reasonable

9  attorney fees against each of HV, Perch, Sienna, and MDJ, pursuant to 18 U.S.C.

10  § 1832 *et seq.*;

11      7.    As to its Fourth Claim for Relief, its actual damages and unjust

12  enrichment or a reasonably royalty, in an amount to be proven at trial, exemplary

13  damages for willful misappropriation, an injunction enjoining HV, Perch, Sienna,

14  and MDJ from using misappropriated products or services, and its reasonable

15  attorney fees against each of HV, Perch, Sienna, and MDJ, pursuant to RCW

16  19.108 et. *seq.*;

17      8.    Immediate and permanent injunctive relief enjoining HV, Perch, Sienna,

18  and MDJ from using DiscoverOrg's misappropriated products or services;

19      9.    An award of DiscoverOrg's costs of suit, including the costs of experts

20  and reasonable attorneys' fees as permitted by law;

21      10.   Entry of a declaratory judgment that HV breached the Agreement and

22  that conduct by each of HV, Perch, Sienna, and MDJ's was a violation of the

23  Computer Fraud and Abuse Act, 18 U.S.C. § 1030 *et seq.*, the Protection of Trade

24  Secrets Act, 18 U.S.C. § 1832 *et seq.*, and the Uniform Trade Secrets Act, RCW

25  19.108 *et seq.*;

26      11.    An award of pre- and post-judgment interest; and

27      12.    Such other relief as the Court may deem just and equitable.

28

COMPLAINT
[2:17-cv-00105]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

Dated: December 14, 2017

NEWMAN DU WORS LLP

_____

John Du Wors, WSBA No. 33987
*john@newmanlaw.com*
Nathan Durrance, WSBA No. 41627
*nathan@newmanlaw.com*
2101 Fourth Avenue, Suite 1500
Seattle WA  98121
Telephone:              (206) 274-2800
Facsimile:              (206) 274-2801

Attorney for Plaintiff
DiscoverOrg, LLC